IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA A. HUNT, | ) | CASE NO. 1:23-CV-01577 |
| | ) | |
| Plaintiff, | ) | JUDGE RUIZ |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KNAPP |
| | ) | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, further development of the administrative record, as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: February 14, 2024

Entered: _/s/ David A. Ruiz_____

David A. Ruiz
U.S. District Judge